UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 24-10101-DMG (AGRx)** | Date | December 5, 2025 |
|---|---|---|---|
| Title | ***Contract Guardian, LLC v. Joshua-Jon Milko, et al.*** | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS ON PLAINTIFF'S COUNSEL FOR FAILURE TO APPEAR**

The Court held a hearing on December 5, 2025 at 9:30 a.m. on Plaintiff Contract Guardian, LLC's motion for default judgment. *See* Doc. # 29 at 2. Neither Plaintiff nor the defaulting Defendant Matthew Marino appeared. Counsel for Plaintiff's counsel is **ORDERED TO SHOW CAUSE** in writing by no later than **December 29, 2025** why the Court should not impose sanctions upon him for his failure to appear at the hearing.